**Order entered August 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01490-CR

**ANTHONY WAYNE MANGIAFICO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-28019-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 28, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is his workload and family medical issues; and (4) counsel requested forty-five days from the August 19, 2014 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **OCTOBER 3, 2014**.

/s/      LANA MYERS
         JUSTICE